Clement Joseph, Administrator of Estate of Theresa Ann Joseph, Deceased, Plaintiff-Appellant, v. Willard Mauerman, Francis Short, R. A. Lynch and W. H. Nichols, a Partnership, Doing Business as Nichols Auto Electric Service, Defendants-Appellees.

Gen. No. 11,167. 

Second District, First Division.
February 17, 1959.
Rehearing denied March 20, 1959.
Released for publication April 8, 1959.

Judgment reversed and cause remanded for a new trial as to defendants, Willard Mauerman and Francis Short. Cassidy & Cassidy, for appellants; Kavanagh, McLaughlin & Bond, and Heyl, Royster & Voelker, for defendants-appellees. Opinion PER CURIAM. Not to be published in full.